UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ICICLE SEAFOODS, INC; and W.K. WEBSTER (OVERSEAS), LIMITED,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>BNSF RAILWAY COMPANY,<br><br>　　　　　　　　Defendant. | C21-1715 TSZ<br><br>MINUTE ORDER |

　　　The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

　　　(1)　The parties are ORDERED to show cause by September 16, 2022, why this action should not be dismissed for failing to comply with the Order requiring Joint Status Report signed on January 4, 2022, docket no. 3.  Absent a timely response to this Minute Order, this action shall be DISMISSED without prejudice.

　　　(2)　The Clerk is directed to send a copy of this Minute Order to all counsel of record.

　　　Dated this 15th day of August, 2022.

　　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　　s/Gail Glass
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1