UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| ICICLE SEAFOODS, INC.; and W.K. WEBSTER (OVERSEAS), LIMITED, | |
|---|---|
| Plaintiffs, | C21-1715 TSZ |
| v. | MINUTE ORDER |
| BNSF RAILWAY COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)   The parties' stipulated motion to continue trial date and related deadlines, docket no. 17, is GRANTED as set forth herein.

| **BENCH TRIAL DATE (2 days)** | **November 13, 2023** |
|---|---|
| Discovery motions filing deadline | June 15, 2023 |
| Discovery completion date | July 31, 2023 |
| Dispositive motions filing deadline | August 24, 2023 |
| Deadline for filing motions related to expert testimony (*e.g.*, Daubert motions) | STRICKEN[1] |

---

[1] In their stipulated motion, the parties indicate that neither side has disclosed expert witnesses.

MINUTE ORDER - 1

| Motions in limine filing deadline | STRICKEN[2] |
|---|---|
| Agreed pretrial order due | October 27, 2023 |
| Trial briefs due | October 27, 2023 |
| Proposed findings of fact and conclusions of law and deposition testimony designations[3] due | October 27, 2023 |
| Pretrial conference scheduled for | November 3, 2023 at 10:00 a.m. |

All other deadlines set forth in the Minute Order Setting Trial and Related Dates, docket no. 15, have expired.  The terms of such Minute Order, however, concerning any alteration of the case schedule and the need for counsel to be prepared to commence trial on the date set, the agreed pretrial order and the form of the exhibit list to be included therein, the numbering of trial exhibits, and immediate communication to the Court of any settlement, remain in full force and effect.

(2)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 2nd day of May, 2023.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

---

[2] Because this matter is set for a bench trial, the Court will not consider motions in limine.  Any complicated evidentiary issues should be addressed in the trial briefs.

[3] Designations are required for only witnesses that will testify entirely by deposition.  For any such witnesses, the entire transcript should be provided to the Court in hard copy form, with the portions that each side wishes the Court to consider highlighted (a different color for each side is optional) and any objections noted in the margins.

MINUTE ORDER - 2